## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS LEGG, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. a/k/a NEW )<br>ENGLAND COMPOUNDING CENTER; )<br>AMERIDOSE, LLC; ALAUNUS )<br>PHARMACEUTICAL, LLC; BARRY )<br>CADDEN; LISA CADDEN; )<br>and GREGORY CONIGLIARO, )<br>)<br>Defendants. ) | Cause No. 3:12-cv-844-JTM-CAN |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to L.R. 6.1., Defendants Barry Cadden, Lisa Cadden and Greg Conigliaro ("Defendants"), by counsel, hereby move this Court for an extension of time to respond to Plaintiff's Complaint, up to and including March 25, 2013. Defendants' Answer is currently due February 22, 2013. Plaintiff's counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including March 25, 2013 to respond to Plaintiff's Complaint, and for all other relief just and proper in the premises.

LEWIS WAGNER LLP

By: /s/ Kameelah Shaheed-Diallo
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
JANELLE M. KILIES, #30708-49
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
Stutsman & Mulvaney
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana  46515
*Counsel for Plaintiff*

/s/ Kameelah Shaheed-Diallo
KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:     (317) 237-0500
Facsimile:     (317) 630-2790
kshaheed-diallo@lewiswagner.com
\\lwfilesrv\DOCS\NECC\15 - Legg\Federal Court Action\2nd_MET.doc